879 A.2d 747

IN THE MATTER OF MORTON E. STRUHL AN ATTORNEY
AT LAW (ATTORNEY NO. 003021976).

August 11, 2005.

## ORDER

**MORTON E. STRUHL** of **LAGUNA BEACH, CALIFORNIA,** who was admitted to the bar of this State in 1971, having pleaded no contest to counts four and seventeen of a felony complaint charging violation of *California Penal Code Section 549* (solicitation, acceptance, or referral of fraudulent insurance claims) and violation of *California Revenue and Taxation Code Section 19705(a)(1)* (willfully making or signing false tax returns), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MORTON E. STRUHL** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MORTON E. STRUHL** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MORTON E. STRUHL** comply with *Rule* 1:20–20 dealing with suspended attorneys.